ANCE COMPANY v. THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

CLINTON BURNS v. FELIX LOPEZ.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted so far as to stay execution of judgment pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy and Martin, JJ.

NELSON S. SPENCER v. TIMOTHY A. LEARY, as President Justice of the Municipal Court of the City of New York, and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession and Conserve the Assets of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession and Conserve the Assets of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession and Conserve the Assets of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession and Conserve the Assets of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Stockholders and the Public.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK,